IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01353-REB-KLM

JO LYNN WOOD,

    Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion for Leave to Amend Complaint and File a Second Amended Complaint** [Docket No. 15; Filed September 17, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court accepts the Second Amended Complaint [Docket No. 15-2] for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Defendants shall respond to the Second Amended Complaint on or before **October 13, 2008**.

Dated: September 18, 2008