IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01353-PAB-KLM

JO LYNN WOOD,

    Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,
HCA, INC. LIFE ACCIDENTAL DEATH AND DISMEMBERMENT PLAN, and

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant HCA, Inc. Life Accidental Death and Dismemberment Plan's **Unopposed Motion for Entry of Stipulated Proposed Protective Order** [Docket No. 28; Filed November 3, 2008] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Stipulated Protective Order is **accepted** for filing and is entered as an Order of the Court as of the date of this Minute Order.

Dated: November 4, 2008