IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01353-PAB-KLM

JO LYNN WOOD,

    Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,
HCA, INC. LIFE ACCIDENTAL DEATH AND DISMEMBERMENT PLAN, and

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant HCA, Inc. Life Accidental Death and Dismemberment Plan's **Unopposed Motion for Telephonic Attendance at Settlement Conference** [Docket No. 37; Filed November 18, 2008] (the "Motion"). A Settlement Conference is currently set for December 1, 2008 at 1:30 p.m. MST. The Court previously granted Defendant Prudential Insurance Company of America's request to have its client representative participate by telephone [Docket No. 36].

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Counsel for Defendant HCA, Inc. Life Accidental Death and Dismemberment Plan shall obtain telephone numbers where the client representatives can be reached. The client representatives shall be available by telephone for the duration of the Settlement Conference.

Dated: November 19, 2008